| FORM B1 | **United States Bankruptcy Court**<br>_NORTHERN_ District of _CALIFORNIA_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor  (if individual, enter Last, First, Middle):<br>_Work, James D._ | Name of Joint Debtor  (Spouse)(Last, First, Middle):<br>_Lindberg, Lisa_ |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_aka Duncan Work_ | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>_NONE_ |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all)_3804_ | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all)_9319_ |
| Street Address of Debtor  (No. & Street, City, State & Zip Code):<br>_666 Hope St. #5_<br>_Mountain View CA  94041-2045_ | Street Address of Joint Debtor  (No. & Street, City, State & Zip Code):<br>_666 Hope St._<br>_Mountain View CA  94041-2045_ |
| County of Residence or of the<br>Principal Place of Business:  _Santa Clara_ | County of Residence or of the<br>Principal Place of Business:  _Santa Clara_ |
| Mailing Address of Debtor  (if different from street address):<br>_SAME_ | Mailing Address of Joint Debtor  (if different from street address):<br>_SAME_ |
| Location of Principal Assets of Business Debtor<br>(If different from street address above): _SAME_ | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue**  (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor**  (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed**  (Check one box) |
|---|---|---|
| ☒ Individual(s) | ☐ Railroad | ☒ Chapter 7    ☐ Chapter 11    ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ | ☐ Clearing Bank | |

| **Nature of Debts**  (Check one box) | **Filing Fee**  (Check one box) |
|---|---|
| ☐ Consumer/Non-Business  ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business**  (Check all boxes that apply) | ☐ Filing Fee to be paid in installments (Applicable to individuals only) |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | Must attach signed application for the court's consideration |
| ☐ Debtor is and elects to be considered a small business under | certifying that the debtor is unable to pay fee except in installments. |
| 11 U.S.C. § 1121(e) (Optional) | Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information**        (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

# Voluntary Petition
*(This page must be completed and filed in every case)*

**Name of Debtor(s):** FORM B1, Page 2
*James D. Work and Lisa Lindberg*

## Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |

## Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| *NONE* | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ James D. Work*
Signature of Debtor

X */s/ Lisa Lindberg*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*9/29/2005*
Date

### Signature of Attorney

X */s/ Neal H. Konami, Esq.*
Signature of Attorney for Debtor(s)

*Neal H. Konami, Esq. SBN 111730*
Printed Name of Attorney for Debtor(s)

*Law Offices of Neal H. Konami*
Firm Name

*39 Drumm Street*
Address

*2nd Floor*

*San Francisco CA   94111-4805*

*415-274-0956*          *9/29/2005*
Telephone Number          Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☐ Exhibit A is attached and made a part of this petition

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____          *9/29/2005*
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re *James D. Work and Lisa Lindberg*

Case No.

Chapter  **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages on each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E and F to determine the total amount of the debtor's  liabilities.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A-Real Property | *Yes* | *1* | $ *0.00* | | |
| B-Personal Property | *Yes* | *4* | $ *27,700.30* | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *5* | | $ *97,758.63* | |
| E-Creditors Holding Unsecured Priority Claims | *Yes* | *2* | | $ *12,329.11* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *8* | | $ *40,345.40* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *1* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $ *6,167.72* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $ *6,411.66* |
| Total Number of Sheets in All Schedules ▶ | | *26* | | | |
| Total Assets ▶ | | | $ *27,700.30* | | |
| Total Liabilities ▶ | | | | $ *150,433.14* | |

FORM B6 (6/90) West Group, Rochester, NY

In re *James D. Work and Lisa Lindberg* _____ / Debtor    Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   _27_   sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: *9/29/2005* _____     Signature *  /s/ James D. Work* _____

                                                *James D. Work*

Date: *9/29/2005* _____     Signature *  /s/ Lisa Lindberg* _____

                                                *Lisa Lindberg*

In re _James D. Work and Lisa Lindberg_ _____/ Debtor    Case No._____

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C-Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _None_ | | | | _None_ |
| | | | | |
| | | | | |
| | | **TOTAL $** | _0.00_ | |

No continuation sheets attached

**TOTAL $**
(Report also on Summary of Schedules.)

In re _James D. Work and Lisa Lindberg_     / Debtor     Case No. _____

(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C-Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | _Cash on hand_<br>_[DEBTORS CLAIM CASH AS 100% EXEMPT!]_<br>_Location: In debtor's possession_ | | $ 500.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | _Checking Acct.#01444-01114 (Most recent balance.)_<br>_[DEBTORS CLAIM ACCOUNT AS 100% EXEMPT!]_<br>_Location: Bank of America, Mountain View Main Branch, 444 Castro St. Mountain View, CA 94041_ | | $ 125.32 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | _Security Deposit w/ Landlord_<br>_[DEBTORS CLAIM DEPOSIT AS 100% EXEMPT!]_<br>_Location: Richard Jones 151 Stratford St. Redwood City, CA 94062-1825_ | | $ 1,450.00 |
| | | _Security Deposit w/ Public Utility_<br>_[DEBTORS CLAIM DEPOSIT AS 100% EXEMPT!]_<br>_Location: Pacific Gas & Electric P.O. Box 997300 Sacramento, CA 95899-7300_ | | $ 50.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | _Household Goods & Furnishings_<br>_[DEBTORS CLAIM ALL PROPERTY AS 100% EXEMPT!]_<br>_Location: In debtor's possession_ | | $ 1,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | _Clothing_<br>_[DEBTORS CLAIM CLOTHING AS 100% EXEMPT!]_<br>_Location: In debtor's possession_ | | $ 500.00 |
| 7. Furs and jewelry. | | _Jewelry (misc. necklaces, and ear rings)_<br>_[DEBTORS CLAIM JEWELRY AS 100% EXEMPT!]_<br>_Location: In debtor's possession_ | | $ 200.00 |

In re  *James D. Work and Lisa Lindberg* _____ / Debtor          Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photographic, and other hobby equipment. | | *Sporting Goods, Camera & Musical Instruments (3 bikes-120, digital camera-50, 2 drums-50, 3 bamboo flutes-200, and acoustic guitar-125.)* *[DEBTORS CLAIM PROPERTY AS 100% EXEMPT!]* *Location: In debtor's possession* | | $ 545.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | *401(k) Retirement Account (Most recent balance @9/27/05.)* *[DEBTORS CLAIM ENTIRE INTEREST AS 100% EXEMPT!]* *Location: https://benefits.paychex.com (Paychex Rep. Contact Info.: 1-800-322-7292  ext. 638, Mon-Fri 8AM to 8PM ET)* | | $ 18,801.98 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100,000 shares of LinkedIn Common Stock (Nominal Value Only!)* *[DEBTORS CLAIM THEIR ENTIRE INTEREST AS 100% EXEMPT!]* *Location: Escrow Acct. re: Certificate No. 28; eProsper 600 Allerton St. #101  Redwood City, CA 94063* | | $ 1.00 |
| | | *200,000 shares in Stock Options for LinkedIn Stock (Of 200,000 shares in stock options, 31,250 shares have vested but have not been exercised.)* *(Nominal Value Only!)* *[DEBTORS CLAIM ENTIRE INTEREST AS 100% EXEMPT!]* *Location: eProsper  600 Allerton St. #101 Redwood City, CA 94063* | | $ 1.00 |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

Case: 05-56458   Doc# 1   Filed: 09/29/05   Entered: 09/29/05 17:42:12   Page 7 of 46

In re _James D. Work and Lisa Lindberg_ _____ / Debtor     Case No. _____

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Accounts Receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | _Pending Patent Application No. 09/852,336 re: Method and Apparatus for Internet-Based Human Network Brokering.  (Nominal value only!) [DEBTORS CLAIM THEIR ENTIRE INTEREST AS 100% EXEMPT!]_<br><br>_Location: In debtor's possession_ | | _$ 1.00_ |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers and other vehicles. | | _1988 Audi 80 Quattro Sedan (250K miles, needs repairs, poor condition, likely salvage value only!) [DEBTORS CLAIM AUTO AS 100% EXEMPT!] Location: 1520 Brown Rd.  Knoxville, MD 21758-1204_ | | _$ 250.00_ |
| | | _1992 Toyota Corolla Wagon (200K miles, good condition, www.kbb.com private party value.) [DEBTORS CLAIM AUTO AS 100% EXEMPT!]_<br><br>_Location: In debtor's possession_ | | _$ 1,910.00_ |

Case: 05-56458   Doc# 1   Filed: 09/29/05   Entered: 09/29/05 17:42:12   Page 8 of 46

FORM B6B (10/89) West Group, Rochester, NY

In re _James D. Work and Lisa Lindberg_ ____ / Debtor    Case No. _____
                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Market Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *1993 Subaru Legacy Wagon LS (200K miles, good condition, www.kbb.com private party value.)* *[DEBTORS CLAIM AUTO AS 100% EXEMPT!]* *Location: 1520 Brown Rd.  Knoxville, MD 21758-1204* | | $ 1,865.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | *Household Goods & Furnishings in Storage in Maryland (futon couch, 2 easy chairs, book shelves, tables, books, photos, personal records/files, children's toys, clothing, etc.)* *[DEBTORS CLAIM ALL PROPERTY AS 100% EXEMPT!]* *[Clients' Valuation???]* *Location: 1520 Brown Rd.  Knoxville, MD 21758-1204* | | $ 500.00 |

Page __4__ of __4__                                        **Total ➔** | | $ 27,700.30 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Case: 05-56458   Doc# 1   Filed: 09/29/05   Entered: 09/29/05 17:42:18   Page 9 of 46

In re _James D. Work and Lisa Lindberg_ _____ / Debtor  Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b) (1):  Exemptions provided in 11 U.S.C. § 522(d). Note: These exemptions are available only in certain states.

☒ 11 U.S.C. § 522(b) (2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand | Calif. C.C.P. §703.140(b)(5) | $ 500.00 | $ 500.00 |
| Checking Acct.#01444-01114 | Calif. C.C.P. §703.140(b)(5) | $ 125.32 | $ 125.32 |
| Security Deposit w/ Landlord | Calif. C.C.P. §703.140(b)(5) | $ 1,450.00 | $ 1,450.00 |
| Security Deposit w/ Public Utility | Calif. C.C.P. §703.140(b)(5) | $ 50.00 | $ 50.00 |
| Household Goods & Furnishings | Calif. C.C.P. §703.140(b)(3) | $ 1,000.00 | $ 1,000.00 |
| Clothing | Calif. C.C.P. §703.140(b)(3) | $ 500.00 | $ 500.00 |
| Jewelry | Calif. C.C.P. §703.140(b)(4) | $ 200.00 | $ 200.00 |
| Sporting Goods, Camera & Musical Instruments | Calif. C.C.P. §703.140(b)(5) | $ 545.00 | $ 545.00 |
| 401(k) Plan - 117752 (LinkedIn Ltd) | Calif. C.C.P. §703.140(b)(10)(E) | $ 18,801.98 | $ 18,801.98 |
| 100,000 shares of LinkedIn Common Stock | Calif. C.C.P. §703.140(b)(5) | $ 1.00 | $ 1.00 |
| 200,000 shares in Stock Options for LinkedIn Stock | Calif. C.C.P. §703.140(b)(5) | $ 1.00 | $ 1.00 |
| Pending Patent Application No. 09/852,336 | Calif. C.C.P. §703.140(b)(5) | $ 1.00 | $ 1.00 |
| 1988 Audi 80 Quattro Sedan | Calif. C.C.P. §703.140(b)(5) | $ 250.00 | $ 250.00 |
| 1992 Toyota Corolla Wagon | Calif. C.C.P. §703.140(b)(2) | $ 1,910.00 | $ 1,910.00 |

FORM B6C (6/90) West Group, Rochester, NY

In re **James D. Work and Lisa Lindberg** _____ / Debtor     Case No. _____

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *1993 Subaru Legacy Wagon LS* | *Calif. C.C.P. §703.140(b)(2)* | *$ 1,065.00* | *$ 1,865.00* |
| | *Calif. C.C.P. §703.140(b)(5)* | *$ 800.00* | |
| *Household Goods & Furnishings in Storage in Maryland* | *Calif. C.C.P. §703.140(b)(3)* | *$ 500.00* | *$ 500.00* |

Case: 05-56458   Doc# 1   Filed: 09/29/05   Entered: 09/29/05 17:42:12   Page 11 of 46

FORM B6D (12/03) West Group, Rochester, NY

In re _James D. Work and Lisa Lindberg_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column marked "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| | | H–Husband W–Wife J–Joint C–Community | | | | | |
| Account No: _3804_ <br> _Creditor # : 1_ <br> _Internal Revenue Service_ <br> _Attn: Insolvency Section_ <br> _1301 Clay St. #1040-S_ <br> _Oakland CA 94612_ | | _1999_ <br><br> _Federal Tax Lien_ <br><br><br><br> Value: _$ 0.00_ | | | | _$ 12,332.85_ | _$ 12,332.85_ |
| Account No: _3804_ <br><br> _Representing:_ <br> _Internal Revenue Service_ | | _Internal Revenue Service_ <br> _Attn: CIO_ <br> _P.O. Box 21126_ <br> _Philadelphia PA 19114-0326_ <br><br> Value: | | | | | |
| Account No: _3804_ <br> _Creditor # : 2_ <br> _Internal Revenue Service_ <br> _Attn: Insolvency Section_ <br> _1301 Clay St. #1040-S_ <br> _Oakland CA 94612_ | | _1998_ <br><br> _Federal Tax Lien_ <br><br><br><br> Value: _$ 0.00_ | | | | _$ 6,894.98_ | _$ 6,894.98_ |
| Account No: _3804_ <br><br> _Representing:_ <br> _Internal Revenue Service_ | | _Internal Revenue Service_ <br> _Attn: CIO_ <br> _P.O. Box 21126_ <br> _Philadelphia PA 19114-0326_ <br><br> Value: | | | | | |

<u>4</u> continuation sheets attached

Subtotal $ | _19,227.83_
(Total of this page)
Total $ |
(Use only on last page. Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: *3804* <br> *Creditor # : 3* <br> *Internal Revenue Service* <br> *Attn: Insolvency Section* <br> *1301 Clay St. #1040-S* <br> *Oakland CA 94612* | | *1996* <br> *Federal Tax Lien* <br> *401(k) Plan - 117752 (LinkedIn Ltd), 1992 Toyota Corolla Wagon, 1993 Subaru Legacy Wagon* <br> Value: *$ 27,697.30* | | | | *$ 19,482.30* | *$ 2,600.85* |
| Account No: *3804* <br> *Representing:* <br> *Internal Revenue Service* | | *Internal Revenue Service* <br> *Attn: CIO* <br> *P.O. Box 21126* <br> *Philadelphia PA 19114-0326* <br> Value: | | | | | |
| Account No: *3804* <br> *Creditor # : 4* <br> *Internal Revenue Service* <br> *Attn: Insolvency Section* <br> *1301 Clay St. #1040-S* <br> *Oakland CA 94612* | | *1995* <br> *Federal Tax Lien* <br> *401(k) Plan - 117752 (LinkedIn Ltd)* <br> Value: *$ 18,801.98* | | | | *$ 10,815.85* | *$ 0.00* |
| Account No: *3804* <br> *Representing:* <br> *Internal Revenue Service* | | *Internal Revenue Service* <br> *Attn: CIO* <br> *P.O. Box 21126* <br> *Philadelphia PA 19114-0326* <br> Value: | | | | | |
| Account No: <br> *Creditor # : 5* <br> *LinkedIn Corporation* <br> *Attn: Mr. Reid Hoffman* <br> *1840 Embarcadero Rd.* <br> *Palo Alto CA 94303* | | *1/15/2004* <br> *Purchase Money Security* <br> *Pending Patent Application No. 09/852,336* <br> Value: *$ 1.00* | | | | *$ 12,900.00* | *$ 12,899.00* |
| Account No: *2620* <br> *Creditor # : 6* <br> *Patricia Webbink* <br> *6109 Broad St.* <br> *Bethesda MD 20816* | | *6/6/2003* <br> *Judgment Lien* <br> Value: *$ 0.00* | | | | *$ 6,375.00* | *$ 6,375.00* |

Sheet No. 1 of 4 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal $    49,573.15 <br>
(Total of this page) <br>
Total $ <br>
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re _James D. Work and Lisa Lindberg_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | Codebtor H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _2004_<br><br>_Creditor # : 7_<br>_Portfolio Recovery Assoc. LLC_<br>_c/o Herbert A. Rosenthal_<br>_1667 K Street, NW #1100_<br>_Washington DC 20006-1660_ | | _1/11/2005_<br>_Judgment Lien_<br><br><br>Value: _$ 0.00_ | | | | _$ 12,710.90_ | _$ 12,710.90_ |
| Account No: _2004_<br><br>_Representing:_<br>_Portfolio Recovery Assoc. LLC_ | | _Herbert A. Rosenthal_<br>_1020 19th St., NW #400_<br>_Washington DC 20036-6101_<br><br>Value: | | | | | |
| Account No: _2004_<br><br>_Representing:_<br>_Portfolio Recovery Assoc. LLC_ | | _Portfolio Recovery_<br>_120 Corporate Blvd. #1_<br>_Norfolk VA 23502-4962_<br><br>Value: | | | | | |
| Account No: _2004_<br><br>_Representing:_<br>_Portfolio Recovery Assoc. LLC_ | | _Portfolio Recovery Assoc._<br>_Riverside Commerce Center_<br>_120 Corporate Blvd. #100_<br>_Norfolk VA 23502-4962_<br>Value: | | | | | |
| Account No: _2004_<br><br>_Representing:_<br>_Portfolio Recovery Assoc. LLC_ | | _Chase_<br>_800 Brooksedge Blvd._<br>_Westerville OH 43081_<br><br>Value: | | | | | |
| Account No: _2004_<br><br>_Representing:_<br>_Portfolio Recovery Assoc. LLC_ | | _Bank One Delaware, NA_<br>_800 Brooksedge Blvd._<br>_Westerville OH 43081-2895_<br><br>Value: | | | | | |

Sheet No. 1 of 4 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $    _62,284.05_
(Total of this page)
Total $
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re _James D. Work and Lisa Lindberg_ _____ / Debtor    Case No. _____
                                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No:  Creditor # : 8  Reid Hoffman  c/o Park Place Apartments  851 Church St.  Mountain View CA 94041 | | 9/21/2004  Purchase Money Security  100,000 shares of LinkedIn  Common Stock,  Value: $ 1.00 | | | | $ 10,500.00 | $ 10,499.00 |
| Account No: 3804  Creditor # : 9  State of Maryland  Comptroller of Maryland  Compliance Division  Annapolis MD 21411 | | 2001  State Tax Lien  Value: $ 0.00 | | | | $ 1,726.74 | $ 1,726.74 |
| Account No: 3804  Representing:  State of Maryland | | State of Maryland  Comptroller of Maryland  Revenue Administration Div.  Annapolis MD 21411-0001  Value: | | | | | |
| Account No: 3804  Creditor # : 10  State of Maryland  Comptroller of Maryland  Compliance Division  Annapolis MD 21411 | | 2000  State Tax Lien  Value: $ 0.00 | | | | $ 1,239.32 | $ 1,239.32 |
| Account No: 3804  Representing:  State of Maryland | | State of Maryland  Comptroller of Maryland  Revenue Administration Div.  Annapolis MD 21411-0001  Value: | | | | | |
| Account No: 3804  Creditor # : 11  State of Maryland  Comptroller of Maryland  Compliance Division  Annapolis MD 21411 | | 1999  State Tax Lien  Value: $ 0.00 | | | | $ 2,780.69 | $ 2,780.69 |

Sheet No. 3 __ of __ 4 __ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ (Total of this page) | 16,246.75
Total $
(Use only on last page. Report total also on Summary of Schedules)

FORM B6D (12/03) West Group, Rochester, NY

In re _James D. Work and Lisa Lindberg_ _____ / Debtor     Case No._____
                                                                              (if known)

# SCHEDULE D-CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including Zip Code | C o d e b t o r | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, if any |
|---|---|---|---|---|---|---|---|
| Account No: _3804_  _Representing:_ _State of Maryland_ | | _State of Maryland_ _Comptroller of Maryland_ _Revenue Administration Div._ _Annapolis MD 21411-0001_  Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet No. 4 of 4 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

Subtotal $ _0.00_
(Total of this page)

Total $ _97,758.63_
(Use only on last page. Report total also on Summary of Schedules)

In re <u>James D. Work and Lisa Lindberg</u> / Debtor    Case No._____

(if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance or Support**
Claims of a spouse, former spouse, or child of the debtor, for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, custom duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>    1    </u> continuation sheets attached

FORM B6E (4/04) West Group, Rochester, NY

In re _James D. Work and Lisa Lindberg_____/ Debtor    Case No._____
                                                                                    (if known)

# SCHEDULE E-CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

TYPE OF PRIORITY   _Taxes and Certain Other Debts Owed to Governmental Units_

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and consideration for Claim H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Total Amount of Claim | Amount Entitled to Priority |
|---|---|---|---|---|---|---|---|
| Account No: _3804_<br><br>_Creditor # : 1_<br>_Internal Revenue Service_<br>_Attn: Insolvency Section_<br>_1301 Clay St. #1040-S_<br>_Oakland CA 94612_ | | _2000_<br>_Federal income taxes_<br>_IRS 2000 Form 1040._ | | | | $ 12,329.11 | $ 0.00 |
| Account No:<br><br>_Representing:_<br>_Internal Revenue Service_ | | _Internal Revenue Service_<br>_Attn: CIO_<br>_P.O. Box 21126_<br>_Philadelphia PA 19114-0326_ | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to

Schedule of Creditors

| | Subtotal $ | 12,329.11 |
|---|---|---|
| | (Total of this page) | |
| | Total $ | _12,329.11_ |

(Use only on last page of the completed Schedule E. Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_ _____ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: *4430*<br>*Creditor # : 1*<br>*Arrow Financial Service*<br>*5996 W. Touhy Ave.*<br>*Niles IL 60714-4610* | | *@6/1998*<br>*Medical Bills*<br>*Original debt of Creditor Bank One*<br>*assigned to Arrow Financial Service.* | | | | $ 3,770.47 |
| Account No: *4430*<br>*Representing:*<br>*Arrow Financial Service* | | *Ocwen Loan Servicing*<br>*P.O. Box 785058*<br>*Orlando FL 32878-5058* | | | | |
| Account No: *4430*<br>*Representing:*<br>*Arrow Financial Service* | | *GEMB/Care Credit*<br>*c/o Cardholder Operations*<br>*P.O. Box 276*<br>*Dayton  OH 45401-0276* | | | | |
| Account No: *4430*<br>*Representing:*<br>*Arrow Financial Service* | | *Bank One Delaware, NA*<br>*800 Brooksedge Blvd.*<br>*Westerville OH 43081-2895* | | | | |

__*7*__ continuation sheets attached

Subtotal $   | 3,770.47
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_ _____ / Debtor    Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| **Account No:** *1257*<br><br>*Creditor # : 2*<br>*BP/Citibank SD*<br>*P.O. Box 15687*<br>*Wilmington DE 19850-5687* | | @12/1975<br>*Credit Card Purchases*<br>*@9/10/2005 Amoco/BP sold/assigned*<br>*account to new creditor, "Unifund."* | | | | $ 2,198.61 |
| **Account No:** *1257*<br><br>*Representing:*<br>*BP/Citibank SD* | | *Northland Group Inc.*<br>*P.O. Box 390905*<br>*Edina MN 55439-0905* | | | | |
| **Account No:** *1257*<br><br>*Representing:*<br>*BP/Citibank SD* | | *Citi Cards*<br>*P.O. Box 6003*<br>*Hagerstown MD 21747-6003* | | | | |
| **Account No:** *1600*<br><br>*Creditor # : 3*<br>*CACV of Colorado, LLC*<br>*c/o J.A. Cambece Law Office*<br>*8 Bourbon St.*<br>*Peabody MA 01960* | | 7/1991<br>*Credit Card Purchases*<br>*Original creditor, FUNB/Maryland*<br>*Nat'l Bank, sold/assigned debt to* | | | | $ 6,811.01 |
| **Account No:** *1600*<br><br>*Representing:*<br>*CACV of Colorado, LLC* | | *J.A. Cambece Law Office, P.A.*<br>*8 Bourbon St.*<br>*Peabody MA 01960-1338* | | | | |
| **Account No:** *1600*<br><br>*Representing:*<br>*CACV of Colorado, LLC* | | *Northland Group Inc.*<br>*P.O. Box 390846*<br>*Edina MN 55439-0846* | | | | |

Sheet No. _1_ of _7_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** <br> (Total of this page) | *9,009.62* |
| **Total $** <br> (Report total also on Summary of Schedules) | |

In re _James D. Work and Lisa Lindberg_____ / Debtor   Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **7470**<br><br>*Creditor # : 4*<br>*Care Credit/CBUSA NA*<br>*P.O. Box 9714*<br>*Gray TN 37615-9714* | | *@12/1999*<br>*Medical Bills* | | | | *$ 1,807.47* |
| Account No: **7470**<br><br>*Representing:*<br>*Care Credit/CBUSA NA* | | *CareCredit/HSB*<br>*Citigroup Attn: Sue Walker*<br>*110 Lake Dr.*<br>*Newark DE 19702-3317* | | | | |
| Account No: **7470**<br><br>*Representing:*<br>*Care Credit/CBUSA NA* | | *Northland Group Inc.*<br>*P.O. Box 390905*<br>*Edina MN 55439-0905* | | | | |
| Account No: **0984**<br><br>*Creditor # : 5*<br>*CBUSASEARS*<br>*8725 W Sahara Ave.*<br>*The Lakes NV 89163-0001* | | *@11/1982*<br><br>*Last 4 digits of Acct# missing.*<br>*Listing For Notice Purposes Only.* | | | | *$ 0.00* |
| Account No:<br><br>*Creditor # : 6*<br>*Don Anderson*<br>*11429 Encore Dr.*<br>*Silver Spring MD  20901* | | *@5/2002*<br>*Personal Loan* | | | | *$ 2,652.14* |
| Account No: **8101**<br><br>*Creditor # : 7*<br>*Frederick Memorial Hospital*<br>*c/o Nat'l Hospital Collections*<br>*P.O. Box 699*<br>*Morgantown WV 26507-0699* | | *@10/2002*<br>*Medical Bills* | | | | *$ 45.00* |

Sheet No. __2__ of ____ **7** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $        *4,504.61*
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_____ / Debtor    Case No._____
                                                                              (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **8101** **Representing:** *Frederick Memorial Hospital* | | *National Hospital Collections P.O. Box 699 Morgantown WV 26507-0699* | | | | |
| Account No: **6901** *Creditor # : 8 Frederick Memorial Hospital c/o Nat'l Hospital Collections P.O. Box 699 Morgantown WV 26507-0699* | | *@1/2003 Medical Bills* | | | | $ 45.00 |
| Account No: **6901** **Representing:** *Frederick Memorial Hospital* | | *National Hospital Collections P.O. Box 699 Morgantown WV 26507-0699* | | | | |
| Account No: **3979** *Creditor # : 9 Internal Medicine Associates 300 W 9th St. Frederick MD 21701* | | *@1/2003 Medical Bills* | | | | $ 119.00 |
| Account No: **3979** **Representing:** *Internal Medicine Associates* | | *Berks Credit & Collections 900 Corporate Dr. Reading PA 19605* | | | | |
| Account No: **3979** **Representing:** *Internal Medicine Associates* | | *Berks Credit & Collections P.O. Box 329 Temple PA 19560-0329* | | | | |

Sheet No. __3__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          164.00
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_____ / Debtor    Case No._____
                                                                            (if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | C o d e b t o r | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | C o n t i n g e n t | U n l i q u i d a t e d | D i s p u t e d | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: <br> _Creditor # : 10_ <br> _John Gauvin_ <br> _5918 Rockhold Dr._ <br> _Deale MD 20751_ | | _@11/2001_ <br> _Personal Loan_ | | | | _$ 619.73_ |
| Account No: <br> _Creditor # : 11_ <br> _Mary E. Work_ <br> _741 Jacobs St._ <br> _Edmond OK 74701_ | | _@11/2001_ <br> _Personal Loan_ | | | | _$ 9,009.27_ |
| Account No:   _4133_ <br> _Creditor # : 12_ <br> _MBNA America_ <br> _P.O. Box 15026_ <br> _Wilmington DE 19850-5026_ | | _@7/1991_ <br> _Credit Card Purchases_ <br> _Last 4 digits of Acct# missing._ | | | | _$ 4,821.00_ |
| Account No:   _4133_ <br> _Representing:_ <br> _MBNA America_ | | _MBNA_ <br> _P.O. Box 17054_ <br> _Wilmington DE 19884-7054_ | | | | |
| Account No:   _9917_ <br> _Creditor # : 13_ <br> _MBNA America_ <br> _P.O. Box 17054_ <br> _Wilmington DE 19884-7054_ | | _@7/1991_ <br> _Credit Card Purchases_ <br> _Last 4 digits of Acct# missing._ <br> _Likely "duplicate" debt (i.e.,_ | | | | _$ 4,821.00_ |
| Account No: <br> _Creditor # : 14_ <br> _Nancy Wolper_ <br> _502 Dixon Lane_ <br> _Wexford PA 15090_ | | _@7/2002_ <br> _Personal Loan_ | | | | _$ 2,668.99_ |

Sheet No. __4__ of __7__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | _21,939.99_
(Total of this page)
Total $
(Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_ _____ / Debtor    Case No. _____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: _1728_<br>Creditor # : 15<br>Radiology Assoc. of Frederick<br>5330 Spectrum Dr.<br>Frederick MD 21703 | | @7/2002<br>Medical Bills | | | | $ 53.00 |
| Account No: _1728_<br>Representing:<br>Radiology Assoc. of Frederick | | Radiology Assoc. of Frederick<br>P.O. Box 1966<br>Frederick MD 21702-0966 | | | | |
| Account No: _5359_<br>Creditor # : 16<br>Radiology Assoc. of Frederick<br>5330 Spectrum Dr.<br>Frederick MD 21703 | | @7/2002<br>Medical Bills | | | | $ 35.00 |
| Account No: _5359_<br>Representing:<br>Radiology Assoc. of Frederick | | Radiology Assoc. of Frederick<br>P.O. Box 1966<br>Frederick MD 21702-0966 | | | | |
| Account No: _9221_<br>Creditor # : 17<br>Radiology Assoc. of Frederick<br>5330 Spectrum Dr.<br>Frederick MD 21703 | | @7/2002<br>Medical Bills | | | | $ 35.00 |
| Account No: _9221_<br>Representing:<br>Radiology Assoc. of Frederick | | Radiology Assoc. of Frederick<br>P.O. Box 1966<br>Frederick MD 21702-0966 | | | | |

H--Husband
W--Wife
J--Joint
C--Community

Sheet No. _5_ of _7_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal $     _123.00_
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_ _____ / Debtor   Case No._____

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8083<br><br>Creditor # : 18<br>Sears/Citibank USA, NA<br>P.O. Box 6189<br>Sioux Falls SD 57117-6189 | | @11/1982<br>Credit Card Purchases<br>Last 4 digits of Acct# missing. | | | | | $ 339.00 |
| Account No:   8083<br><br>Representing:<br>Sears/Citibank USA, NA | | Sears<br>8725 W. Sahara Ave.<br>The Lakes NV 89163-0001 | | | | | |
| Account No:   7875<br><br>Creditor # : 19<br>Southern States Cooperative<br>5831 Buckeystown Pike #E<br>Frederick MD 21704 | | @12/2002 | | | | | $ 211.98 |
| Account No:   7875<br><br>Representing:<br>Southern States Cooperative | | Southern States Cooperative<br>500 E South St.<br>Frederick MD 21701 | | | | | |
| Account No:   2224<br><br>Creditor # : 20<br>Sprint PCS<br>c/o Asset Acceptance LLC<br>P.O. Box 2036<br>Warren Michigan 48090-2036 | | @2004<br><br>Sprint Acct# "missing" last 4<br>digits. | | | | | $ 136.36 |
| Account No:   2224<br><br>Representing:<br>Sprint PCS | | Asset Acceptance, LLC<br>P.O. Box 2036<br>Warren Michigan 48090-2036 | | | | | |

Sheet No.   6   of   7   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $   687.34
(Total of this page)

Total $
(Report total also on Summary of Schedules)

In re _James D. Work and Lisa Lindberg_ / Debtor    Case No._____

(if known)

# SCHEDULE F-CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address including Zip Code | Codebtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: **2224** Representing: Sprint PCS | | Cavalry Portfolio Services LLC 4050 E Cotton Center Blvd #20 Phoenix AZ 85040-8862 | | | | |
| Account No: **4253** Creditor # : 21 Wachovia Quad DDA c/o NCO Financial Systems Inc P.O. Box 41457 Philadelphia PA 19101-1457 | | Credit Card Purchases | | | | $ 146.37 |
| Account No: **4253** Representing: Wachovia Quad DDA | | NCO Financial Systems P.O. Box 41457 Philadelphia PA 19101-1457 | | | | |
| Account No: **4253** Representing: Wachovia Quad DDA | | NCO Financial Systems, Inc. P.O. Box 41417 Dept. 99 Philadelphia PA 19101-1417 | | | | |
| Account No: | | | | | | |
| Account No: | | | | | | |

H--Husband
W--Wife
J--Joint
C--Community

Sheet No. __7__ of __7__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** (Total of this page) | _146.37_ |
| **Total $** (Report total also on Summary of Schedules) | _40,345.40_ |

In re *James D. Work and Lisa Lindberg*      / Debtor      Case No. _____

                                                    (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of
    creditors.

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, including Zip Code, of other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Lynn North*<br>*1509 Brown Rd.*<br>*Knoxville MD 21758-1204* | Contract Type: *Storage Lease*<br>Terms: *$250.00 month, due 1st day of each month.*<br>Beginning date: *7/1/2003*<br>Debtor's Interest: *Lessee*<br>Description: *Storage of Household Goods & Furnishings in Knoxville, Maryland.*<br>Buyout Option: *N/A* |
| *Richard Jones*<br>*151 Stratford St.*<br>*Redwood City CA 94062-1825* | Contract Type: *Residential lease*<br>Terms: *$1,450.00 per month, due 1st of each month.*<br>Beginning date: *9/1/2004*<br>Debtor's Interest: *Renter*<br>Description: *Debtors' Residence.*<br>Buyout Option: *N/A* |

In re **James D. Work and Lisa Lindberg** _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☒ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|------------------------------|------------------------------|
|                              |                              |

In re _James D. Work and Lisa Lindberg_ _____ / Debtor    Case No. _____

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Scientist & Privacy Officer_ | _Unemployed_ |
| Name of Employer | _LinkedIn Corporation_ | _N/A_ |
| How Long Employed | _Since 2/15/2004_ | _N/A_ |
| Address of Employer | _1840 Embarcadero Rd._ _Palo Alto CA  94303_ | _N/A_ _N/A N/A  N/A_ |

| Income: (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ | _10,000.00_ | $ _0.00_ |
| Estimated Monthly Overtime | $ | _0.00_ | $ _0.00_ |
| SUBTOTAL | $ | _10,000.00_ | $ _0.00_ |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll Taxes and Social Security | $ | _3,832.28_ | $ _0.00_ |
| b. Insurance | $ | _0.00_ | $ _0.00_ |
| c. Union Dues | $ | _0.00_ | $ _0.00_ |
| d. Other  (Specify): | $ | _0.00_ | $ _0.00_ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _3,832.28_ | $ _0.00_ |
| TOTAL NET MONTHLY TAKE HOME PAY | $ | _6,167.72_ | $ _0.00_ |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ _0.00_ |
| Income from Real Property | $ | _0.00_ | $ _0.00_ |
| Interest and dividends | $ | _0.00_ | $ _0.00_ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ _0.00_ |
| Social Security or other government assistance Specify: | $ | _0.00_ | $ _0.00_ |
| Pension or retirement income | $ | _0.00_ | $ _0.00_ |
| Other monthly income Specify: | $ | _0.00_ | $ _0.00_ |
| TOTAL MONTHLY INCOME | $ | _6,167.72_ | $ _0.00_ |

TOTAL COMBINED MONTHLY INCOME    $ _____ _6,167.72_

(Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

_There is the possibility that my income from LinkedIn will be reduced from $10,000 gross per month, to as low as $8,000 gross per month.  Any such reduction would take place within the next few months._

In re _James D. Work and Lisa Lindberg_ _____ / Debtor    Case No. _____

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,450.00 |
| Are real estate taxes included?    Yes ☐    No ☒ | |
| Is property insurance included?    Yes ☐    No ☒ | |
| Utilities: Electricity and heating fuel | $ 65.00 |
|     Water and sewer | $ 0.00 |
|     Telephone | $ 45.00 |
|     Other  _Cellular Phone_ | $ 85.00 |
|     Other  _Cable TV & Internet_ | $ 78.00 |
|     Other | $ 0.00 |
| Home maintenance (Repairs and upkeep) | $ 100.00 |
| Food | $ 600.00 |
| Clothing | $ 150.00 |
| Laundry and dry cleaning | $ 40.00 |
| Medical and dental expenses | $ 131.00 |
| Transportation (not including car payments) | $ 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| Charitable contributions | $ 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ 26.33 |
|     Life | $ 285.00 |
|     Health | $ 0.00 |
|     Auto | $ 56.33 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
|     Other | $ 0.00 |
| Taxes (not deducted from wages or included in home mortgage) | |
| Specify: | $ 0.00 |
| Installment payments: (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ 0.00 |
|     Other:  _Storage Fees_ | $ 275.00 |
|     Other:  _Estimated IRS Install. Pymts._ | $ 2,000.00 |
|     Other: | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 |
| Payments for support of additional dependents not living at your home | $ 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| Other:  _Haircuts/Personal Care_ | $ 50.00 |
| Other:  _Professional Education_ | $ 510.00 |
| Other:  _Pet Care (dog food, vet bills)_ | $ 65.00 |
| TOTAL MONTHLY EXPENSES    (Report also on Summary of Schedules) | $ 6,411.66 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re *James D. Work*
    *aka Duncan Work*
    *and*
    *Lisa Lindberg*

Case No.

Chapter  7

_____/ Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to any question is "None," or the question is not applicable, mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

## 1. Income from employment or operation of business.

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| *Year to date:$85,000* | *Employment Income (LinkedIn)* |
| *Last Year:$99,200.00* | *Employment Income (LinkedIn)* |
| *Year before:$5,363.48* | *Self-Employment/Independent Contractor Income* |

## 2. Income other than from employment or operation of business.

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| *Year to date:$0.00* | |
| *Last Year:$0.00* | |
| *Year before:$0.00* | |

Case: 05-56458   Doc# 1   Filed: 09/29/05   Entered: 09/29/05 17:42:12   Page 31 of 46

**3. Payments to creditors.**

a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Creditor:Nancy Wolper Address:502 Dixon Lane  Wexford, PA 15090 Relationship:Sister-In-Law | 2/1/2005 | $300.00 | $2,668.99 |

**4. Suits and administrative proceedings, executions, garnishments and attachments.**

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Portfolio Recovery Associates, LLC vs. Work, James Duncan Civil Case No.: 1101-0003906-2004 | Collection on Debt (Bank One Credit Card) | District Court of Maryland for Frederick County, 100 West Patrick St.  Frederick, MD 21701-5548 | Default Judgment for $12,425.20 (principal, interest, costs & atty fees) Entered 7/11/05. |
| Patricia Webbink vs. James Duncan Work & Lisa Lindberg Case No. 200311022620 | Collection Lawsuit | Maryland District Court, Hagerstown MD  36 West Antietam St. Hagerstown, MD 21740 | Judgment for $6,375.00 @6/6/2003. |

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Name:Portfolio Recovery Assoc., Inc. Address: c/o Herbert A. Rosenthal, Esq. 1020 19th St., N.W., #400 Washington, DC 20036-6101 | 8/9/2005 | Description:Checking Acct.#5150836206  Maryland Bank, BB&T Bank & Trust  94 Souder Rd. Brunswick, MD 21716-1245 Value:$39.87 |

**5. Repossessions, foreclosures and returns.**

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**6. Assignments and receiverships.**

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**7. Gifts.**

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.(Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**8. Losses.**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

**9. Payments related to debt counseling or bankruptcy.**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Neal H. Konami, Esq. Address:39 Drumm Street 2nd Floor San Francisco, CA 94111-4805* | *Date of Payment: @8/17/2005 Payor: James D. Work* | *$1,725.00 (re: Prep. of Jt. Ch7 Business Case, Mtg. of Creditors, and other usual legal/bankruptcy services.)* |
| *Payee: Neal H. Konami, Esq. Address: 39 Drumm Street, 2nd Floor San Francisco, CA 94111-4805* | *Date of Payment:6/20/05 Payor: James D. Work* | *$575.00 (Pre-Ch7 Consultation on IRS & Maryland Income Taxes, Tax Collection Law, Dischargeability of Taxes, Potential Post-Pet. Tax Adversary Proceedings re: dischargeability & tax liens, Post-Ch7 credit rebuilding, etc.)* |

**10. Other transfers.**

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 11. Closed financial accounts.

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution:Maryland Bank, BB&T Bank & Trust Address:94 Souder Rd. Brunswick, MD 21716-1245* | *Account Type and No.: Checking Acct.#5153790592 Final Balance:$70.00 (or less)* | *@January 2005* |

## 12. Safe deposit boxes.

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 13. Setoffs.

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

☒ NONE

## 14. Property held for another person.

List all property owned by another person that the debtor holds or controls.

☒ NONE

## 15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| *Debtors: Husband & Wife Address:666 Hope St. #5 Mountain View, CA 94041* | *Name(s):James D. Work & Lisa Lindberg* | *9/1/2004 to Present.* |
| *Debtors:Husband & Wife Address:1520 Brown Rd. Knoxville, MD 21758* | *Name(s):James D. Work & Lisa Lindberg* | *June of 2003 to August 31, 2004.* |

Case: 05-56458   Doc# 1   Filed: 09/29/05   Entered: 09/29/05 17:42:12   Page 34 of 46

## 16. Spouses and Former Spouses

If the debtor resides or resided in a community property state, commonwealth or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

☒ NONE

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, release of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under and Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

☒ NONE

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

☒ NONE

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

☒ NONE

## 18. Nature, location and name of business

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the six years immediately preceding the commencment of this case.

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual:Self-Employed Contractor & Consultant Business Address:1616 Reed Rd.  Knoxville, MD 21758* | *TaxPayer ID: 3804 (Last 4 digits of debtor's SSN)* | *Information Technology Contractor & Consultant* | *9/1990 to 6/2003.* |

QUESTION 18a CONTINUED ...

| NAME AND ADDRESS | TAXPAYER I.D. NUMBER | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|
| *Debtor is an Individual:Director & Shareholder of Net Deva, Inc.* *Business Address:1616 Reed Rd. Knoxville, MD 21758 (6/2000 to 6/2003); 1520 Brown Rd. Knoxville, MD 21758 (6/2003 to 2/2004)* | *TaxPayer ID:52-2248312* | *Software Design* | *6/2000 to 2/2004* |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

☒ NONE

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

## 19. Books, records and financial statements.

a. List all bookkeepers and accountants who within the two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:James D. Work* *Address:Debtor's Residence.* | *Dates:9/1990 to Present.* |

b. List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| *Name:None* *Address:N/A* | *Dates:N/A* |

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS

*Name:James D. Work*
*Address:Debtor's Residence*
*Missing:None*

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

☒ NONE

**20. Inventories.**

    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☒ NONE

    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

☒ NONE

**21. Current Partners, Officers, Directors and Shareholders.**

    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☒ NONE

    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

☒ NONE

**22. Former partners, officers, directors and shareholders.**

    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

☒ NONE

    b. If the debtor is a corporation. list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

☒ NONE

**23. Withdrawals from a partnership or distribution by a corporation.**

    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

☒ NONE

**24. Tax Consolidation Group.**

    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six year period immediately preceeding the commencement of the case.

☒ NONE

**25. Pension Funds.**

    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six year period immediately preceding the commencement of the case.

☒ NONE

Case: 05-56458    Doc# 1    Filed: 09/29/05    Entered: 09/29/05 17:42:12    Page 37 of 46

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of Perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date _9/29/2005_____          Signature _/s/ James D. Work_____
                                              James D. Work

Date _9/29/2005_____          Signature _/s/ Lisa Lindberg_____
                                              Lisa Lindberg

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and § 3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In re    *James D. Work*                            Case No.
      *aka Duncan Work*                       Chapter   *7*
        *and*
      *Lisa Lindberg*

_____ / Debtor

Attorney for Debtor:    *Neal H. Konami, Esq.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *1,725.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____ *1,725.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____ *0.00*

3.  $ _____*209.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *9/29/2005*                   Respectfully submitted,

                               X */s/ Neal H. Konami, Esq.* _____
Attorney for Petitioner: *Neal H. Konami, Esq.*
                         *Law Offices of Neal H. Konami*
                         *39 Drumm Street*
                         *2nd Floor*
                         *San Francisco CA  94111-4805*

Arrow Financial Service
5996 W  Touhy Ave
Niles  IL  60714-4610


Asset Acceptance  LLC
P O  Box 2036
Warren  Michigan  48090-2036


Bank One Delaware  NA
800 Brooksedge Blvd
Westerville  OH  43081-2895


Berks Credit & Collections
900 Corporate Dr
Reading  PA  19605


Berks Credit & Collections
P O  Box 329
Temple  PA  19560-0329


BP/Citibank SD
P O  Box 15687
Wilmington  DE  19850-5687


CACV of Colorado  LLC
c/o J A  Cambece Law Office
8 Bourbon St
Peabody  MA  01960


Care Credit/CBUSA NA
P O  Box 9714
Gray  TN  37615-9714


CareCredit/HSB
Citigroup Attn  Sue Walker
110 Lake Dr
Newark  DE  19702-3317

Cavalry Portfolio Services LLC
4050 E Cotton Center Blvd #20
Phoenix  AZ  85040-8862


CBUSASEARS
8725 W Sahara Ave
The Lakes  NV  89163-0001


Chase
800 Brooksedge Blvd
Westerville  OH  43081


Citi Cards
P O  Box 6003
Hagerstown  MD  21747-6003


Don Anderson
11429 Encore Dr
Silver Spring  MD   20901


Frederick Memorial Hospital
c/o Nat'l Hospital Collections
P O  Box 699
Morgantown  WV  26507-0699


GEMB/Care Credit
c/o Cardholder Operations
P O  Box 276
Dayton   OH  45401-0276

```
Herbert A  Rosenthal
1020 19th St   NW #400
Washington  DC  20036-6101



Internal Medicine Associates
300 W 9th St
Frederick  MD  21701



Internal Revenue Service
Attn  CIO
P O  Box 21126
Philadelphia  PA  19114-0326



Internal Revenue Service
Attn  Insolvency Section
1301 Clay St  #1040-S
Oakland  CA  94612



J A  Cambece Law Office  P A
8 Bourbon St
Peabody  MA  01960-1338



John Gauvin
5918 Rockhold Dr
Deale  MD  20751



Linkedln Corporation
Attn  Mr  Reid Hoffman
1840 Embarcadero Rd
Palo Alto  CA  94303
```

Mary E  Work
741 Jacobs St
Edmond  OK  74701


MBNA America
P O  Box 15026
Wilmington  DE  19850-5026


MBNA
P O  Box 17054
Wilmington  DE  19884-7054


MBNA America
P O  Box 17054
Wilmington  DE  19884-7054


Nancy Wolper
502 Dixon Lane
Wexford  PA  15090


National Hospital Collections
P O  Box 699
Morgantown  WV  26507-0699


NCO Financial Systems
P O  Box 41457
Philadelphia  PA  19101-1457

```
NCO Financial Systems  Inc
P O  Box 41417
Dept  99
Philadelphia  PA  19101-1417


Northland Group Inc
P O  Box 390905
Edina  MN  55439-0905


Northland Group Inc
P O  Box 390846
Edina  MN  55439-0846


Ocwen Loan Servicing
P O  Box 785058
Orlando  FL  32878-5058


Patricia Webbink
6109 Broad St
Bethesda  MD  20816


Portfolio Recovery
120 Corporate Blvd  #1
Norfolk  VA  23502-4962


Portfolio Recovery Assoc
Riverside Commerce Center
120 Corporate Blvd  #100
Norfolk  VA  23502-4962
```

```
Portfolio Recovery Assoc  LLC
c/o Herbert A  Rosenthal
1667 K Street  NW #1100
Washington  DC  20006-1660


Radiology Assoc  of Frederick
5330 Spectrum Dr
Frederick  MD  21703


Radiology Assoc  of Frederick
P O  Box 1966
Frederick  MD  21702-0966


Reid Hoffman
c/o Park Place Apartments
851 Church St
Mountain View  CA  94041


Sears
8725 W  Sahara Ave
The Lakes  NV  89163-0001


Sears/Citibank USA  NA
P O  Box 6189
Sioux Falls  SD  57117-6189


Southern States Cooperative
5831 Buckeystown Pike #E
Frederick  MD  21704
```

Southern States Cooperative
500 E South St
Frederick  MD  21701


Sprint PCS
c/o Asset Acceptance LLC
P O  Box 2036
Warren  Michigan  48090-2036


State of Maryland
Comptroller of Maryland
Compliance Division
Annapolis  MD  21411


State of Maryland
Comptroller of Maryland
Revenue Administration Div
Annapolis  MD  21411-0001


Wachovia Quad DDA
c/o NCO Financial Systems Inc
P O  Box 41457
Philadelphia  PA  19101-1457